Robert Conkling, Appellant, v. Josephine Krandusky, Respondent.— Judgment affirmed, with costs.   See opinion by Spring, J., on former appeal in same case, reported at 127 Appellate Division, 761.   All concurred, except McLennan, P. J., and Kruse, J., who dissented on the grounds stated in the opinion by McLennan, P. J., on the former appeal.

The New York Central and Hudson River Railroad Company, Respondent, v. Oswego Traction Company, Appellant.— Judgment affirmed, with costs.   All concurred.

De Witt C. Simmons, Plaintiff, v. Village of Phelps, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.   All concurred, except McLennan, P. J., who dissented upon the ground that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact for the jury, and Robson, J., not voting.

The New York Central and Hudson River Railroad Company, Appellant, v. Peter Lehrbach and Others, Respondents.— Judgment and order affirmed, with costs.   All concurred; McLennan, P. J., not sitting.

Harriet A. Willover, Respondent, v. Town of Olean, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Williams, J., who dissented upon the ground that the evidence fails to show that the defendant was guilty of actionable negligence; McLennan, P. J., not sitting.

Harriet C. Callahan, Appellant, v. James Francis Callahan, Respondent.— Order affirmed, without costs.   All concurred.